UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| UNITED STATES OF AMERICA, | : | Case No.: 3:11CR094 |
|---|---|---|
| Plaintiff, | : | Judge Timothy S. Black |
| v. | : | |
| WILLIAM RAMEY, | : | |
| Defendant. | : | |

## AMENDED PRELIMINARY ORDER OF FORFEITURE OF WILLIAM RAMEY'S ASSETS

This matter is before the Court upon the United States' Motion to Amended the Preliminary Order of Forfeiture for the sole purpose of correcting the vehicle identification number of the 2010 Chevrolet Camaro which was incorrectly identified as 2G1FK1EJ689120266 that has been forfeited to the United States of America.

WHEREAS, it has been represented to this Court that the correct vehicle identification number of the 2010 Chevrolet Camaro should be 2G1FK1EJ6A9120266.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that that the above referenced asset remains forfeited to the United States of America pursuant to 21 U.S.C. § 853(a)(1) and (2) and this Order is being entered for the sole purpose of correcting the vehicle identification number as listed above. All other terms and provisions of the Preliminary Order of Forfeiture entered on June 25, 2012 remain unchanged.

1

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

SO ORDERED:

Dated: 8/30/12

                                             *Timothy S. Black*
                                             TIMOTHY S. BLACK
                                             UNITED STATES DISTRICT JUDGE